OPINION — AG — THE PROVISIONS OF 59 O.S. 1965 Supp., 1301 [59-1301] ET SEQ., ARE APPLICABLE TO BAIL BONDSMEN OPERATING IN THE MUNICIPAL COURT OF THE CITY OF TULSA, PROVIDED OF COURSE THE PARTICULAR CRIME UPON WHICH A BOND IS MADE IS ONE THE PUNISHMENT FOR WHICH MAY BE IN EXCESS OF TWENTY DOLLARS AND/OR IMPRISONMENT FOR MORE THAN TWENTY DAYS. CITE: OPINION NO. 65-475 (CHARLES OWENS)